PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Andrew Johnson                     Cr.: 21-00014-001
                                                                         PACTS #: 6481691

Name of Sentencing Judicial Officer:    THE HONORABLE NOEL L. HILLMAN
                                        SENIOR UNITED STATES DISTRICT JUDGE
                                        (Reassigned to the Hon. Karen M. Williams on June 5, 2024)

Date of Original Sentence: 02/02/2023

Original Offense:    Count One: Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 [18 U.S.C. § 1343], a Class B felony

Original Sentence: 18 months imprisonment, 4 years supervised release

Special Conditions: Special Assessment, Restitution, Alcohol/Drug Treatment and Testing, Computer Monitoring, Consent to Search, Financial Disclosure, Gambling Restrictions and Registration on Exclusion Lists, New Debt Restrictions, Gambling Establishment Restrictions, Supporting Dependents, Motor Vehicle Compliance, Mental Health Treatment, Location Monitoring Program

Type of Supervision: Supervised Release                     Date Supervision Commenced: 02/02/2023

## NONCOMPLIANCE SUMMARY

On August 29, 2024, Mr. Johnson appeared before the Court for a Violation of Supervised Release hearing. He was found in violation, and his supervised release was extended 18 months with the addition of a special condition to include 4 months of location monitoring.

On October 19, 2024, the above-named individual failed to adhere to the conditions of the location monitoring program, specifically, not charging the GPS tracker to maintain a fully charged battery allowing the tracker to die.

On October 22, 2024, Mr. Johnson was verbally reprimanded for the above-noted infraction. At this time, we are not recommending any court action to be take; however, we are requesting the Court allow this notice to serve as an official written reprimand. Should further non-compliance occur, the Court will be promptly notified.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

Prob 12A – page 2
Andrew Johnson

By: CHARLES E. PULLETT III
U.S. Probation Officer

/ cep

APPROVED:

_____  11/4/24
ANTHONY M. STEVENS         Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time and Notice to Serve as Official Written Reprimand (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

November 5 2024
_____
Date